UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT JOHANNES,<br>MICHAEL WORONIECKI,<br>PHILLIP TURNER,<br>ROGER STEPHENSON,<br>JOE EVANS, and<br>MAX ROGERS,<br>individually, and on behalf of all other<br>similarly situated prisoners,<br><br>      Plaintiffs,<br><br>v.<br><br>HEIDI WASHINGTON, Director of the<br>Michigan Department of Corrections, and<br>DALTON SANDERS,<br><br>      Defendants. | Case No. 14-11691<br>Honorable Laurie J. Michelson<br>Magistrate Judge Mona K. Majzoub |

**ORDER ADOPTING REPORT AND RECOMMENDATION [117] AND GRANTING EVANS AND ROGERS' MOTION TO DISMISS [77]**

In August 2015, Defendants moved to dismiss Plaintiffs Joe Evans' and Max Rogers' claims as moot. (Dkt. 77.) In October 2015, this Court entered a stipulated order dismissing all of Evans' claims (and therefore Evans) from this lawsuit. (Dkt. 110.) In November 2015, Magistrate Judge Mona K. Majzoub, recommended "granting Defendants' Motion to Dismiss [77] with regard to Plaintiff Max Rogers's claims in this matter. Additionally, pursuant to the Parties' stipulation, the Court should dismiss Plaintiff Joe Evans's claims against Defendants." (Dkt. 117, R. & R. at 3.) Rogers has not objected to this recommendation and the time to do so has passed. As such, the Court will accept this recommendation. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[T]he failure to object may constitute a procedural default waiving review even at the district court level[.]"); *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir.

1981). Accordingly, Max Rogers' claims in this lawsuit are DISMISSED and Rogers is no longer a plaintiff in this case. As of this order, the remaining Plaintiffs are Robert Johannes, Michael Woroneicki, Phillip Turner, and Roger Stephenson.

SO ORDERED.

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

Dated: March 17, 2016

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on the attorneys and/or parties of record by electronic means or U.S. Mail on March 17, 2016.

s/Jane Johnson
Case Manager to
Honorable Laurie J. Michelson