UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT JOHANNES, and MICHAEL WORONIECKI, individually, and on behalf of all other similarly situated prisoners,<br><br>Plaintiffs,<br><br>v.<br><br>HEIDI WASHINGTON, Director of the Michigan Department of Corrections, and DALTON SANDERS,<br><br>Defendants. | Case No. 14-11691<br>Honorable Laurie J. Michelson<br>Magistrate Judge Mona K. Majzoub |

**ORDER RESOLVING PLAINTIFFS' MOTION TO COMPEL [162]**

On April 24, 2016, Plaintiffs filed a motion to compel Defendants to produce certain healthcare request forms. (Dkt. 162.) Defendants responded. (Dkt. 164.) As Plaintiffs requested that the Court decide their motion on an expedited basis, the Court set a hearing on the motion for today, June 1, 2016.

Prior to going on the record, the Court held a conference with all counsel during which the parties agreed to resolve the motion informally. Pursuant to the parties' agreement, the Court HEREBY ORDERS:

(1) Defendants are to provide Plaintiffs' counsel a copy of the "Routine Dental Appointment" list maintained at each correctional facility without any identifying medical information by June 14, 2016;

(2) All lists are to be designated "Attorneys' Eyes Only" and the lists (and the information the lists contain) are to be disclosed only to (1) counsel of record in this case and (2) staff

of counsel of record insofar as disclosure to staff is absolutely necessary to assist counsel with this case;

(3) Counsel and staff who have become privy to the information on the lists shall not share that information with anyone;

(4) Plaintiff Johannes' claims are DISMISSED WITHOUT PREJUDICE;

(5) Dalton Sanders is DISMISSED from this case as the only remaining claims against him were Johannes'; and

(6) No motions shall be filed in this case until Plaintiffs file an amended complaint consistent with this Court's order of April 19, 2016 (Dkt. 161).

SO ORDERED.

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

Dated: June 2, 2016

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on the attorneys and/or parties of record by electronic means or U.S. Mail on June 2, 2016.

s/Jane Johnson
Case Manager to
Honorable Laurie J. Michelson