M/H
@ Job.

MICHIGAN DEPARTMENT OF CORRECTIONS
PRISONER/PAROLEE GRIEVANCE FORM

4835-4247 10/94
CSJ-247A

Date Received at Step I __8-29-17__   Grievance Identifier: |R|M|I|1|7|0|8|1|1|8|3|3|2|8|B|

Be brief and concise in describing your grievance issue. If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library.

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Melvin Bownes | 172328 | RmI | J-2-50 | 8-20-17 | 8-24-17 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? 8-20-17
If none, explain why. I've went several times to Health Care last attemp was 8-20-17

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used. Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130.

I'm having problems w/my teeth (cavity) and was told I'll see the Dentist when I get to another facilities, To this day I haven't been called out !!! And I'm still having issues w/my teeth!!!.

_Melvin Bownes_
Grievant's Signature

RESPONSE (Grievant Interviewed?)  ☐ Yes  ☒ No   If No, give explanation. If resolved, explain resolution.)

Rejected.

_K. Miller_   8-29-17   _F. Artis_   8/30/17
Respondent's Signature   Date   Reviewer's Signature   Date
K. Miller   CRR   F. ARTIS   Deputy
Respondent's Name (Print)   Working Title   Reviewer's Name (Print)   Working Title

Date Returned to Grievant: 8-31-17   If resolved at Step I, Grievant sign here. Resolution must be described above.   Grievant's Signature   Date

DISTRIBUTION:   White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

Exhibit 1 - Bownes' Grievance

Michigan Department of Corrections
GRIEVANCE REJECTION LETTER

DATE: 8/29/2017

TO: BOWNES 172328    LOCATION: RMI   J-2-50

FROM: Grievance Coordinator: K. Miller

SUBJECT: Receipt/Rejection/Denial for Step I Grievance

Your Step I grievance regarding vague/illegible/extranous was received in this office on 8/29/2017 and was rejected due to the following reason:
Your grievance is being rejected and returned to you for one of the following reasons, which are vague, illegible or it contains multiple unrelated issues/extraneous information, or raises issues that are duplicative of those raised in another grievance/filed by the grievant., Per PD 03.02.130. Grievance is unclear as to what the main issue is or who you are grieving. Grievances need to be clear and concise, as to who, what, when, where, why and how.

Any future references to this grievance should utilize this identifier: RMI / 2017 / 08 / 1833 / 28B

_K. Miller_ 8-29-17       _Deputy F. Artis_ 8/30/17
Respondent    Date        Reviewer              Date

Exhibit 1 - Bownes' Grievance

| MICHIGAN DEPARTMENT OF CORRECTIONS | 4835-4248  5/09 |
|---|---|
| **PRISONER/PAROLEE GRIEVANCE APPEAL FORM** | CSJ-247B |

Date Received by Grievance Coordinator at Step II: **9-11-17**

Grievance Identifier: **RMI 1708 1833 28B**

**INSTRUCTIONS:** THIS FORM IS ONLY TO BE USED TO APPEAL A STEP I GRIEVANCE. The white copy of the Prisoner/Parolee Grievance Form CSJ-247A (or the goldenrod copy if you have not been provided with a Step I response in a timely manner) **MUST** be attached to the white copy of this form if you appeal it at both Step II and Step III.

RECEIVED MDOC
OCT 06 2017
Office of Legal Affairs

If you should decide to appeal the Step I grievance response to Step II, your appeal should be directed to: **L. Miller** by **9-15-17**. If it is not submitted by this date, it will be considered terminated.

If you should decide to appeal the response you receive at Step II, you should send your Step III Appeal to the Director's Office, P.O. Box 30003, Lansing, Michigan, 48909.

| Name (Print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Melvin Bownes | 172328 | RMI | J-2-50 | 8-20-17 | 9-8-17 |

**STEP II — Reason for Appeal** STEP-1 RESPONSE IS UNRELIABLE + FAILED TO REVIEW THE ISSUE OF being denied PROPER DENTAL CARE. MY COMPAINT IS CLEAR, I REQUESTED TO bE SEEN CAUSE I'm having PRObLEMS w/my Teeth, AS WELL AS A RGC RECOMMENDATION. HOWEVER I'm Told by (R.M.I. DENTAL) THAT I MUST WAIT 2-yrs before ANY ISSUES would be Addressed. Inconsist w/ PD 03.03.130 Inhuman TREATMENT + ADEQUATE DENTAL CARE.

**STEP II — Response**

See Attached

| Respondent's Name (Print): C. Palmer | Respondent's Signature: C. Palmer | Date: 09/30/17 | Date Received by Step II Respondent: |
|---|---|---|---|
| | | | Date Returned to Grievant: 9-22-17 |

**STEP III — Reason for Appeal** PD-03.03.130(G) I am entitled to Health Care, this includes Dental Services consistent ith contemporary standards of medical/dental practice in the community. Said access shall be available, accessiiable and his is not based upon how much time grievant has been incarcerated. I am in constant pain from teeth that needs filling n more then one tooth. This month and month delays are only causing the teeth to decay. This rejection is contrary to D-03.02.130, as there is nothing vague about the issue. The issue is point blank that I am being denied dental service o have several filling and/or removal of the teeth that has decayed beyond repair. The long that I wait the more damage hat is developing. PD-04.06.150(L) provides for an exception that allows for filling and/or removal of decayed teeth.

**NOTE:** Only a copy of this appeal and the response will be returned to you.

**STEP III —** Director's Response is attached as a separate sheet.

DISTRIBUTION: White – Process to Step III; Green, Canary, Pink – Process to Step II; Goldenrod – Grievant

Exhibit 1 - Bownes' Grievance

**Step II Grievance Appeal Response**   **RMI-17-08-1833-28B**

**Name: Bownes**   **Number: 172328**   **Lock: J-2-50**

The Step I rejection has been reviewed by the Warden's Office in accordance with PD 03.02.130, "Prisoner/Parolee Grievances" and the rejection is upheld at Step II.

C. Palmer, Warden                                  09/20/17
Respondent's Name (Print)   Respondent's Signature   Date

Exhibit 1 - Bownes' Grievance



RICK SNYDER
GOVERNOR

**STATE OF MICHIGAN**
DEPARTMENT OF CORRECTIONS
LANSING

HEIDI E. WASHINGTON
DIRECTOR

### STEP III GRIEVANCE DECISION

93374
28B

**To Prisoner:** Bownes   **#:** 172328
**Current Facility:** RMI
**Grievance ID #:** RMI-17-08-1833-28B
**Step III Received:** 10/6/2017

Your Step III appeal has been reviewed and considered by the Grievance Section of the Office of Legal Affairs in accordance with PD 03.02.130, "Prisoner/Parolee Grievances".

**THE REJECTION IS UPHELD.**

THIS DECISION CANNOT BE APPEALED WITHIN THE DEPARTMENT.

_____
Richard D. Russell, Manager Grievance
Section, Office of Legal Affairs

**Date Mailed:** OCT 2 4 2017

cc: Warden, Filing Facility: RMI

Exhibit 1 - Bownes' Grievance