MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE FORM**

4835-4247 10/94
CSJ-247A

Date Received at Step I: 6/16/17    Grievance Identifier: SMT1706007260278

> Be brief and concise in describing your grievance issue. If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library.

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Carl Roman | 250050 | Smt | 33-3-A | 6-13-17 | 6-15-17 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? 6-10-17
If none, explain why. None, response from Healthcare permits a grievance to be written

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used. Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130.

On 6-10-17 I wrote a healthcare kite requesting dental care. In specific, that my teeth get cleaned. On 6-13-17, I got response from Healthcare denying me dental care saying I need to be in prison for 2yrs before I can get dental cleaning service. This is an unhealthy practice, and also unethical.

Grievant's Signature

RESPONSE (Grievant Interviewed?) ☐ Yes ☒ No    If No, give explanation. If resolved, explain resolution.)

Grievance about MDOC Policy (P.D. 04.06.150).

Respondent's Signature    Date 6/23/17    Reviewer's Signature    Date 7/7/17
Respondent's Name (Print) Duane Allen   Working Title    Reviewer's Name (Print) M Gleason   Working Title

Date Returned to Grievant: 7-10-17    If resolved at Step I, Grievant sign here. Resolution must be described above.    Grievant's Signature    Date

DISTRIBUTION: White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

Exhibit 2 - Roman's Grievance

Michigan Department of Corrections
GRIEVANCE REJECTION LETTER

DATE: 7/7/17

TO: ROMAN                    LOCATION: SMT  33-3-A

FROM:  Grievance Coordinator: **Chris Whitford** FOR  STEP I

SUBJECT:   Receipt/Rejection for step I grievance.

Your step I grievance was received in this office on **7-7-17** and was rejected for the following reason.  The **content of policy or procedure is non-grievable.**
    **PD. 04.06.150 States in part L.** L.   Routine dental services shall be available at all correctional facilities except reception facilities. However, routine dental services shall not be provided to offenders in the Special Alternative Incarceration Program and may be denied to any offender who may be released from incarceration (e.g., parole or discharge) within one year.  Offenders are eligible for routine dental services after 24 months from the first day of intake. Only the following routine dental services shall be provided by the Department in correctional facilities:

1.   Minor oral surgery, including extraction of teeth beyond repair.  Surgical cases beyond the scope of Department Dentists shall be referred to the appropriate specialists.

2.   Restorative services which includes amalgam and composite materials.

3.   Teeth cleaning provided by a Dentist or Dental Hygienist, when determined necessary by the examining Dentist.

4.   Prosthetic services as determined by the Dentist. The DAB shall establish criteria for the provision of these services.

If you have a concern with the content of a policy or procedure, you may direct comments to the Warden's Forum as provided in PD 04.01.150 "Prisoner Housing Unit Representatives/Warden's Forum."  If you have any questions, consult PD 03.02.130 "Prisoner/Parolee Grievances" which is available in the institutional library.  Grievance is rejected at step I.

Any future references to this grievance should utilize this identifier: **SMT 17-06-726-27B**

Roman's Dental, kites & responses, grievance 7 Exhibit 2 - Roman's Grievance

**MICHIGAN DEPARTMENT OF CORRECTIONS**
**PRISONER/PAROLEE GRIEVANCE APPEAL FORM**

4835-4248 5/09
CSJ-247B

Date Received by Grievance Coordinator at Step II: _____

Grievance Identifier: SMT 1706000726227 B

**INSTRUCTIONS:** THIS FORM IS ONLY TO BE USED TO APPEAL A STEP I GRIEVANCE.
The white copy of the Prisoner/Parolee Grievance Form CSJ-247A (or the pink copy if you have not been provided with a Step I response in a timely manner) MUST be attached to the white copy of this form if you appeal it at both Step II and Step III.

RECEIVED-MDOC
AUG 08 2017
Office of Legal Affairs

If you should decide to appeal the Step I grievance response to Step II, your appeal should be directed to: Gnev Cor.D by 7/25. If it is not submitted by this date, it will be considered terminated.

If you should decide to appeal the response you receive at Step II, you should send your Step III Appeal to the Director's Office, P.O. Box 30003, Lansing, Michigan, 48909.

| Name (Print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| ROMAN | 250080 | SMT | 372A | | |

**STEP II — Reason for Appeal**

My teeth need cleaning now. In two years I may develop gum disease because my teeth were not cleaned. My teeth are chipping off because I am not recieving dental care. I am already at risk of gum disease because I have an Immune disease already. This is why it is important that I get my teeth cleaned because of the Immune disease I have and am managing.

**STEP II — Response**

Respondent's Name (Print): Melinda Braman
Respondent's Signature: [signature]
Date: 7/14/17
Date Received by Step II Respondent: _____
Date Returned to Grievant: 7/18/17

**STEP III — Reason for Appeal**

I'm in serious need of Dental Care, due to my health condition. My concerns and needs were not resolved in step one or step two.

**NOTE:** Only a copy of this appeal and the response will be returned to you.

**STEP III — Director's Response is attached as a separate sheet.**

DISTRIBUTION: White - Process to Step III; Green, Canary, Pink - Process to Step II; Golden Rod - Grievant

Roman's Dental, kites & responses, grievance 9

## Step II Prisoner/Parolee Grievance Response

**Prisoner Name:** Roman  **Prisoner Number:** 250050
**Grievance Identifier Code:** SMT-2017-06-00726-27B

### STEP-I FINDINGS
The grievance was rejected at Step I, the content of policy or procedure is non-grievable. Per PD 03.03.105 a prisoner is not entitled to a Hearing Investigator for a Class II misconduct.

If you have a concern with the content of a policy or procedure, you may direct comments to the Warden's Forum as provided in PD 04.01.150 "Prisoner Housing Unit Representatives/Warden's Forum". If you have any questions, consult PD 03.02.130 "Prisoner/ Parolee Grievances" which is available in the institutional library. Grievance is rejected at Step I.

### FINDINGS
The Step I rejection has been reviewed by the Warden's Office in accordance with PD 03.02.130 "Prisoner/Parolee Grievances" and the REJECTION IS UPHELD AT STEP II.

Signed: _[signature]_  Date: 7/13/2017
Melinda Braman, Warden



RICK SNYDER
GOVERNOR

STATE OF MICHIGAN
DEPARTMENT OF CORRECTIONS
LANSING

HEIDI E. WASHINGTON
DIRECTOR

## STEP III GRIEVANCE DECISION

91806
27B

To Prisoner:      Roman            #:   250050
Current Facility: SMT
Grievance ID #:   SMT-17-06-0726-27B
Step III Received: 8/8/2017

Your Step III appeal has been reviewed and considered by the Grievance Section of the Office of Legal Affairs in accordance with PD 03.02.130, "Prisoner/Parolee Grievances".

**THE REJECTION IS UPHELD.**

THIS DECISION CANNOT BE APPEALED WITHIN THE DEPARTMENT.

_Richard D. Russell_
Richard D. Russell, Manager Grievance
Section, Office of Legal Affairs

Date Mailed:    AUG 3 1 2017

cc: Warden, Filing Facility: SMT

GRANDVIEW PLAZA • P.O. BOX 30003 • LANSING, MICHIGAN 48909

Roman's Dental, kites & responses, grievance 10    Exhibit 2 - Roman's Grievance    SEP 2 5 2017