MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE FORM**

4835 4247 10/94
CSJ-247A

Date Received at Step I ___2/2/17___   Grievance Identifier: D R F 1 7 0 2 0 3 1 7 2 8 E

Be brief and concise in describing your grievance issue. If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library.

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Slone Bryan | 296250 | DRF | 0-33 | 1-23-17 | 1-24-17 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? _____
If none, explain why. I was just made aware of this on @ 1-23-17 and there is no way to resolve this prior to Grievance. This is pure Medical Neglect.

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used. Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130. When I came through RGC. in March 2013. The Dental Exam discovered I was suffering from advanced peridontal disease. I was never informed nor a treatment plan put in place to stop progression of the disease. I just found out about this from my attorney reviewing my Medical records for another case. for 4 years this disease has progressed without treatment. My teeth all hurt and are loose.

Bryan Slone
Grievant's Signature

---

RESPONSE (Grievant Interviewed?   ☐ Yes   ☒ No   If No, give explanation. If resolved, explain resolution.)

Rejected. Untimely Filed per PD 03.02.130.

| | | | |
|---|---|---|---|
| Respondent's Signature | 2/2/17 Date | Reviewer's Signature | 2/8/17 Date |
| Respondent's Name (Print) | CRRTC Working Title | Reviewer's Name (Print) | Working Title |

| Date Returned to Grievant: 2/13/17 | If resolved at Step I, Grievant sign here.. Resolution must be described above. | Grievant's Signature | Date |
|---|---|---|---|

DISTRIBUTION:   White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

Exhibit 4 - Slone's Grievance

Step II Grievance Appeal Response          DRF 17-02-0317-28E

Name: Slone #296250                         Lock:  G-33

The Step I rejection has been reviewed by the Warden's Office in accordance with PD 03.02.130 "Prisoner/Parolee Grievances".

**THE REJECTION IS UPHELD AT STEP II.**

Warden S. Jackson _____   _____   2/21/17
Respondent's Name          Respondent's Signature       Date

Exhibit 4 - Slone's Grievance

Slone #296250
G-33

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE APPEAL FORM**

4835-4248 5/09
CSJ-247B

Date Received by Grievance Coordinator
at Step II: 2/7/17

Grievance Identifier: | D | R | F | 1 | 7 | 0 | 2 | | 0 | 3 | 1 | 7 | | 2 | 8 | E |

**INSTRUCTIONS:** THIS FORM IS ONLY TO BE USED TO APPEAL A STEP I GRIEVANCE.
The white copy of the Prisoner/Parolee Grievance Form CSJ-247A (or the goldenrod copy if you have not been provided with a Step I response in a timely manner) **MUST** be attached to the white copy of this form if you appeal it at both Step II and Step III.

RECEIVED BY POST

FEB 28 2017

Office of Legal Affairs

If you should decide to appeal the Step I grievance response to Step II, your appeal should be directed to:
___G.C. Office___ by __3/1/17__. If it is not submitted by this date your appeal may be considered terminated.

If you should decide to appeal the response you receive at Step II, you should send your Step III Appeal to the Director's Office, P.O. Box 30003, Lansing, Michigan, 48909.

| Name (Print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Slone, Bryan | 296250 | DRF-E | G-33 | 1-23-17 | 2-16-17 |

**STEP II — Reason for Appeal** I was not made aware of the neglect untill 1.23.17 when my attorney wrote me with the information that was contained in my medical records. Therefore my filing a Grievance on the same day the information came to me is in a timely maner. I cant control the decision to conceal medical information from me. Bryan Slone 2-16-17

**STEP II — Response**

See Attached

Date Received by
Step II Respondent:
2/21/17

S. Jackson
Respondent's Name (Print)

_[signature]_
Respondent's Signature

2/21/17
Date

Date Returned to
Grievant:
2/21/17

**STEP III — Reason for Appeal** I filed the Grievance as soon as I found out that I had peridontal Disease that was diagnosed in RGC. I was never informed of this condition at the time. The process of informing inmates of diagnosed health conditions so D.O.C. Does have to treat issues is wrong and happened here too. _[signature]_

**NOTE:** Only a copy of this appeal and the response will be returned to you.
___ is attached as a separate sheet.

Exhibit 4 - Slone's Grievance



RICK SNYDER
GOVERNOR

**STATE OF MICHIGAN**
**DEPARTMENT OF CORRECTIONS**
**LANSING**

HEIDI E. WASHINGTON
DIRECTOR

## STEP III GRIEVANCE DECISION

87903

28E

G-33

| | | |
|---|---|---|
| **To Prisoner:** | Slone | **#:** 296250 |
| **Current Facility:** | DRF | |
| **Grievance ID #:** | DRF-17-02-0317-28E | |
| **Step III Received:** | 2/28/2017 | |

Your Step III appeal has been reviewed and considered by the Grievance Section of the Office of Legal Affairs in accordance with PD 03.02.130, "Prisoner/Parolee Grievances".

**THE REJECTION IS UPHELD.**

THIS DECISION CANNOT BE APPEALED WITHIN THE DEPARTMENT.

**Richard D. Russell, Manager Grievance Section, Office of Legal Affairs**

**Date Mailed:**

APR 1 8 2017

cc: Warden, Filing Facility DRF

Exhibit 4 - Slone's Grievance

P.O. BOX 30003 • LANSING, MICHIGAN 48909