UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JOEY DEARDUFF #732738, *et al.*, | NO. 2:14-cv-11691 |
| Plaintiffs, | |
| v | HON. LAURIE J. MICHELSON |
| HEIDI WASHINGTON, Director, Michigan Department of Corrections & JONG CHOI, DDS, Dental Director, | MAG. MONA K. MAJZOUB |
| Defendants. | |

| | |
|---|---|
| Daniel E. Manville (P39731) | Scott A. Mertens (P60069) |
| Director, Civil Rights Clinic | Sara E. Trudgeon (P82155) |
| Counsel for Plaintiffs | Michigan Dep't of Attorney General |
| MSU College of Law | Assistant Attorneys General |
| 648 N. Shaw Lane | Attorneys for MDOC Defendants |
| East Lansing, MI 48824 | Heidi Washington & Jong Choi, DDS |
| (517) 432-6866 | MDOC Division |
| Daniel.manville@law.msu.edu | P.O. Box 30217 |
| | Lansing, MI 48909 |
| | (517) 335-3055 |
| | MertensS@michigan.gov |
| | TrudgeonS@michigan.gov |

_____/

**STIPULATION REGARDING CLASS REPRESENTATIVES**

The parties, through counsel, agree that Plaintiffs Melvin Bownes, Timothy Brownell, James Gunnels, and Anthony Richardson are the only remaining class representatives with certified class claims. Therefore, Joey Dearduff, Nicholas Bailey, Timothy Flessner, Leon

Means, John Porter, Kenneth Reeves, Bryan Slone, and Tina Stoll should be removed as named parties in this action.

Approved by counsel:

| | |
|---|---|
| /s/Daniel E. Manville | /s/ Sara E. Trudgeon |
| Daniel E. Manville (P39731) | Sara E. Trudgeon (P82155) |
| Director, Civil Rights Clinic | Michigan Dep't of Attorney General |
| Counsel for Plaintiffs | Assistant Attorney General |
| | Attorneys for MDOC Defendants Heidi Washington & Jong Choi, DDS |