Mr. Adam Fergerson #220035
Chippewa Correctional Facility
4269 West M-80
Kincheloe, MI. 49784

United States District Court
Eastern District of Michigan
Southern Division

Date: 12/06/19

Case No: 14-11691-LJM-MKM
Honorable Laurie J. Michelson

Clerk's Office,

    I humbly ask for your assistance in ensuring that this correspondence gets to the proper official(s). I respectfully submit the following for a possible criminal review: A Grievance Rejection for a grievance submitted on 11/25/19 (See attached) to MDOC Chippewa Correctional Facility's grievance coordinator. Due in part to an E-Mail that I attempted to send to Attorney Daniel E. Manville (attorney/client privilege), in reference to his E-Mail of 11/15/19 concerning litigation in this Court.

    I was concerned that the MDOC, Chippewa Correctional Facility, was party to a violation of due process by violating attorney/client privilege, further halting my correspondence with attorney Manville; Federal mail tampering; Obstruction of justice; Denying me access to the courts by circumventing the attorney's ability to substantiate litigation and also interfering with other potential litigation on this plaintiff's behalf.

    I respectfully thank you in advance for your time in this matter. Please don't hesitate to contact me if you have any further questions in reference to what I have outlined herein. Thank you again.

FILED
DEC 11 2019
CLERK'S OFFICE
DETROIT

Sincerely,

*[signature]*

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE FORM**

4835-4247 10/94
CSJ-247A

Date Received at Step I  11-26-19        Grievance Identifier: URF 1911 30751 28I1

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| ADAM FERGERSON | 220035 | URF-U | C-255 | 11/19/19 | 11/21/19 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? 11/19/19
If none, explain why.

There is no resolution for this criminal act[ion] in progress by the defendants (M.D.O.C.: Chippewa Correctional Facility) within the time constraints.

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used. Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130.

On 11/19/19, sometime after 6:30 AM, I (Plaintiff) Mr. Adam D. Fergerson, attempted to communicate with attorney Daniel E. Manville via the Jpay kiosk E-Mail system. Only to find out that my E-Mail was held up (meaning that it never reached attorney Manville). To my knowledge, it's been sent to the institution's (URF) PREA Inspector for an unknown investigation. (Chippewa & M.D.O.C.) are circumventing my right to due process, impeding my access to an attorney, and violating attorney/client privilege by reading outgoing mail (tampering) that is CLEARLY labeled as to [ATTORNEY MANVILLE]. This information was being sent due in part to a 60 day Court ORDER (U.S. District Court, Southeast Division) and of personal nature. These are court ordered legal documents and highly personal communication covered by attorney/client privilege. I respectfully request that this E-Mail be sent immediately to attorney Manville before/within the time parameters of attorney Manville's 60 day request. I also respectfully request damages (punitive, nominal and compensatory) for the anxiety/emotional stress that this illegal act[ion] has caused. Plaintiff has already informed attorney Manville and intends to inform the U.S. District Court Southeast Division (or court residing over this matter).

_____
Grievant's Signature

RESPONSE (Grievant Interviewed?   ☐ Yes   ☒ No    If No, give explanation. If resolved, explain resolution.)

See attached response

*POOR QUALITY ORIGINAL*

| Respondent's Signature | Date 11 26 19 | Reviewer's Signature | Date 11/27/19 |
|---|---|---|---|
| Respondent's Name (Print) | Working Title | Reviewer's Name (Print) | Working Title |

Date Returned to Grievant: 12-2-19

If resolved at Step I, Grievant sign here.
Resolution must be described above.

_____   _____
Grievant's Signature        Date

DISTRIBUTION:   White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

## Michigan Department of Corrections
## GRIEVANCE REJECTION LETTER

**DATE:** Tuesday, November 26, 2019

**TO:** FERGERSON          220035 LOCATION: URF      G    255

**FROM:** M. McLean, Grievance Coordinator

**SUBJECT:** Rejection

Your Step I grievance regarding     **Grievance Rejections**
was received in this office on    11/26/19    and was rejected due to the following reason:

Your grievance is being rejected for the reason that you are in violation of PD 03.02.130. This procedure states that you must attempt to resolve the issue with the staff member involved prior to filing a grievance. If, after you attempt to resolve this issue with the staff member involved, and the issue is not resolved you may resubmit this issue on a new step I form. If you do wish to resubmit this issue it must still be within the time limits prescribed in OP 03.02.130.

Any future references to this grievance should utilize this identifier:

URF — 19— 11 —   3075   — 28 I

WHO ORDERED EMAIL FROZEN; AND PREA INVESTIGATION?

SGT. DUNCAN MARTIN

MR. ADAM D. FERGERSON
NO. 226035
CHIPPEWA CORRECTIONAL FACILITY
4269 W. M-80
KINCHELOE, MI. 49784

no Postmark-DP
12/11/19

© USPS 2016



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

RECEIVED
DEC 11 2019
CLERKS OFFICE
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF MICHIGAN
OFFICE OF THE CLERK
THEODORE LEVIN UNITED STATES COURTHOUSE
231 WEST LAFAYETTE BLVD. ROOM 564
DETROIT, MICHIGAN 48226