UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELVIN BOWENS, et al.,

    Plaintiffs,

vs.                          Case No. 14-cv-11691-LJM-MKM
                                   Hon. Laurie J. Michelson

HEIDI WASHINGTON, et al.,

    Defendants.

## NOTICE OF WITHDRAWAL OF ECF NOs. 281 and 282

Counsel for Plaintiffs, after either written to or having a conversation with each of the filers of ECF Nos 281 and 282, files this Notice to withdraw both documents that were filed as pro se pleadings.

Respectfully submitted,

/s/ Daniel E. Manville (P39731)
Director, Civil Rights Clinic
Co-Counsel for Plaintiffs
Michigan State University College of Law
648 N. Shaw Lane
East Lansing, MI 48824
(517) 432-6866
Daniel.manville@law.msu.cdu

## CERTIFICATE OF SERVICE

  I declare under penalty of perjury that this document was filed by ECF with the Court and sent to Defendants' counsel.

                                             /s/ Daniel Manville
                                             Daniel.manville@law.msu.cdu

1