United States District Court,
Eastern District of Michigan
Southern Division

# COVER LETTER

FROM: Brandon Weinberg
MDOC ID # 520124
Kinross Corr. Facility (KCF)
4533 Industrial Park Drive
Kincheloe, MI. 49788

TO: U.S. Dist Judge Laurie J. Michelson (P47214) RM 744
Clerk David J Weaver
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd
Detroit, Michigan 48226

Enclosed please find a "Documentary Request to be added as a Class Action Member to the "Dental Class Action Lawsuit" case No # 14-11691-LJM-MKM in compliance with (FRCP) Federal Rule of Civil Procedure 23(c)(2)(A) in the courtroom of Judge Laurie J. Michelson. { Melvin Bownes, et al -vs- Heidi Washington } CV-Lawsuit.. US Dist Ct.,

DATE 1-22-2020

/s/ Brandon Weinberg
BRANDON WEINBERG
MDOC ID # 520124

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

MELVIN BOWNES ET AL ......  )  HON: JUDGE LAURIE J. MICHELSON
-vs-                         )
HEIDI WASHINGTON.....        )  CASE NO. 14-11691-LJM-MKM
DEFENDANT (MDOC)             )
                             )
CLASS ACTION DENTAL CASE     )
BRANDON WEINBERG #520124     )ss
COUNTY OF KINCHELOE          )

DOCUMENTARY REQUEST TO BE INCLUDED AS A CLASS ACTION MEMBER IN THE ABOVE CAPTIONED CERTIFIED CLASS ACTION JUDICIARY APPROVED (FEB. 13, 2019) COURT ORDER FOR THE "DENTAL CLASS ACTION LAWSUIT." FEDERAL RULE OF CIVIL PROCEDURE 23(C)(2)(A); 42 USC 1997A-K; 28 USC 1331;

1) I, BRANDON WEINBERG, DULY SWEARS, I AM INCARCERATED IN THE KINROSS CORRECTIONAL FACILITY (KCF) LOCATED IN KINCHELOE COUNTY IN THE CITY OF KINCHELOE IN THE STATE OF MICHIGAN.

2) I, BRANDON WEINBERG, HEREBY REQUEST TO BE ADDED AS A CLASS ACTION MEMBER TO THE ABOVE CAPTIONED DENTAL LAWSUIT FOR THE FOLLOWING REASONS:

a) I, BRANDON WEINBERG HAS BEEN WAITING FOR URGENT DENTAL SERVICES BY (KCF) DENTAL HEALTH CARE DEPARTMENT SINCE ARRIVAL IN KINROSS CORRECTIONAL FACILITY

FOR FULL AND PARTIAL DENTURES." (NOTE: TOP PORTION OF MOUTH IS ALL GUMS (NO TEETH AT ALL) BOTTOM PORTION OF MOUTH HAS ONLY SEVEN TEETH (ADULT GROWTH.)

b) SENT SEVERAL DENTAL KITES UNDER PRISON DENTAL POLICY (PD 04.06.150) AND SENT FINAL KITE ON NOVEMBER 12, 2019 - TAKEN BY AUDREY KIRBY, RDH, KIRBY(RDH) reply "WEINBERG IS NOT ELIGIBLE FOR ROUTINE DENTAL SERVICES PER MDOC PD 04.06.150 DOES NOT MEET TWO YEAR ELIGIBILITY REQUIREMENT, WEINBERG CAN KITE FOR ROUTINE CARE AFTER 7/3/21 (July 3, 2021) (SEE KCF DENTAL CARE ELECTRONIC RECORD FILE)

c) THE NOVEMBER 12 2019 DENTAL KITE STATED "Urgent-" clearly DETAILED- GUMS HURT AND SWOLLEN, UNABLE TO EAT, MISSING MEALS FOR (2) DAYS, HAS SEVERE HEADACHES (NOTE: Class IVB PROVIDES: ALL PRISONERS WAITING UNDER URGENT DENTAL SERVICES IT TAKES THREE DAYS TO PROVIDE DENTURES, CAUSE ANY TIME PAST THREE DAYS CAUSES A SERIOUS HARM AND EXPOSURE TO SUBSTANTIAL FUTURE SERIOUS HARM.)

d) CLASS III PROVIDES "ALL PRISONERS IN A MDOC PRISON WHO HAVE REQUESTED DENTURES AND MEET THE CRITERIA FOR DENTURES Sec 1.5 AND 1.6 of Chapter VI OF THE MDOC DENTAL SERVICE MANUEL SHALL BE PROVIDED CONSIDERATION FOR DENTURES REQUESTED.

e) MSU CIVIL RIGHTS CLINIC; (APA) ADMINISTRATIVE PROCEDURE ACT AND THE PRISON LITIGATION REFORM ACT AUTHORIZES DENTURE PATIENT POSTEXTRACTION PROBLEM OF BRANDON WEINBERG TO BE ADDED TO THE "DENTAL CLASS ACTION LAWSUIT" CASE NO: 14-11691-LJM-MKM, FEDERAL RULE OF CIVIL PROCEDURE 23(C)(2)(A) IS TIMELY FILED TO APPLY WITHIN THE 60 DAY TIME LIMIT.

F) MDOC INFORMED WEINBERG IS NOT ELIGIBLE FOR ROUTINE DENTAL SERVICES AND DOES NOT MEET THE TWO YEAR ELIGIBILITY REQUIREMENT AND CAN KITE FOR ROUTINE CARE AFTER 7/3/21 NOT ELIGIBLE FOR DENTAL CARE UNDER PRISON POLICY DIRECTIVE PD 04.06.150. (SEE ATTACHED MED KITE 11/12/19)

G) ON MARCH 3, 2019 AFTER BEING CONVICTED TO 78 MTHS-130MTHS IN THE St. JOSEPH COUNTY JAIL, ALL OF MR. WEINBERG PERSONAL PROPERTY INCLUDING MR. WEINBERG DENTURES, AND PLACED THEM IN A AREA ONLY STAFF HAS ACCESS TO ENTER, WHEN MR. WEINBERG REQUESTED FOR HIS DENTURES, THE REQUEST WAS IGNORED BY DOC COUNTY JAIL STAFF RESULTING IN THE ORIGINAL

ADEQUATE REQUIRED DENTURES BECOMING MISSING OR / DESTROYED... VIA MDOC PD 04.06.150 ET.AL., NO EVALUATION FOR THE SWELLING OR PAIN WAS EVER PROVIDED CLEARLY VIOLATING PD 03.03.130 ET. AL. INVOKING REDRESS BY FEDERAL COURT INTERVENTION. (SEE ATTACHED EX#A) (MR. WEINBERG IS NOT ELIGIBLE FOR ANY DENTAL CARE of MDOC DENTAL DUE PROCESS UNDER PD 04.06.150 UNTIL AFTER JULY 3, 2021, ONE YEAR AND SEVEN MONTHS.)

H) FEDERAL LAW HOLDS "A SHOWING OF CONSTITUTIONAL DEPRIVATIONS NECESSITATES THE COURTS INTERVENTION" (SEE 1971 MICHAPP, WOJNICZ v. MDOC 32 MICHAPP 121) AUDREY KIRBY, RDH (KCF DENTAL CARE) PUT MR. WEINBERG ON "OFFICIAL NOTICE" (EX#A) THAT HE WOULD NOT BE ELIGIBLE FOR DENTAL CARE UNTIL AFTER 19 MONTHS HAS ELAPSED. FEDERAL LAW PROVIDES IN FARROW V. WEST 320 F3d 1235 (11TH CIR. 2003) A FIFTEEN MONTH DELAY IN PROVIDING DENTURES VIOLATES THE 8TH AMENDMENT OF THE U.S. CONST, PARTICULARLY IF THE PRISONER IS SUFFERING PAIN IN THE INTERIM, FARROW V. WEST. SUPRA. THIS UNLAWFUL DELAY IN DENTAL DENTURES IS STATEWIDE WITHIN ALL THE PRISONS IN THE STATE OF MICHIGAN, THEREBY A TRANSFER TO A DIFFERENT PRISON IS USELESS AND A (BAD FAITH) DELAY.

I) UNDER STATE AND FEDERAL LAWS THIS REQUEST CAN BE CLEARLY

ADJUDICATED ON THE COURT'S DISCRETION AS THE FOLLOWING: (1) A PRO PRE INDEPENDENT CLASS ACTION CIVIL RIGHTS DENTAL CARE LAWSUIT [N]COMPLIANCE WITH CIVIL RIGHTS OF INSTITUTIONALIZED PERSONS ACT 42 USCA 1997 et. al AND UNIVERSAL DECLARATION OF HUMAN RIGHTS ARTICLE #5 CRUEL AND INHUMANE TREATMENT/ALSO ARTICLE #25 DUE PROCESS OF MEDICAL CARE. NOTE: DENTAL CARE IS ONE OF THE MOST IMPORTANT "MEDICAL NEEDS" OF INMATES. SEE HUNT v DENTAL DEPT. 865 F2d 198, 200 (9TH CIR 1989); RAMOS v. LAMM 639 F2d 559, 576 (10TH CIR 1980); ACCORD, WYNN v. SOUTHWARD, 251 F3d 588, 593, (7TH CIR 2001); DELAYS IN DENTAL CARE PAINS (EXTREME SUFFERAGE) VIOLATES THE 8TH AMENDMENT OF U.S. CONST. HARSFIELD v COLBURN, 371 F3d 454 (8TH CIR. 2004) (SIX WEEKS DELAY DENTAL CARE IS UNLAWFUL); CANELL v BRADSHAW, 840 F.SUPP. 1382, 1387, 1393 (D OR. 1993), 97 F3d 1458 (9TH CIRCUIT) (SEVERAL DAYS DELAY IN DENTAL CARE VIOLATES 8TH AMEND US CONST.) Fields v GANDER, 734 F2d 1313, 1315 (8TH CIR 1984) (THREE WEEKS) (2) A DECLARATORY REVIEW FOR FEDERAL QUESTION 28 USC 1331 ; IN WEINBERG'S DENTAL CARE NEEDS, EIGHT WEEKS OF PAIN AND DENIAL OF ABILITY TO EAT SOLID FOODS WITH DENTURES HAS ELAPSED A CLEAR VIOLATION OF THE EIGHT AMENDMENT of the U.S. CONSTITUTION,

J) QUALIFIED IMMUNITY ANALYSIS RESTS ON A "REASONABLE PERSON" STANDARD, THE GOVERNMENT OFFICIALS SUBJECTIVE "GOOD FAITH" IS NOT RELEVANT. HARLOW, 457 US AT 815-18, 102 SCT 2727 FERNANDORS v. DISTRICT OF COLUMBIA 382 F.Supp 2d 63, 70 (D.D.C. 2005) MDOC WARDEN JACK KOWALSKI, DEPUTY WARDEN DAVE ISARD, ADMINISTRATIVE ASST. MASTAHC (sic), DEPUTY WARDEN BROWN AND LITIGATION COORDINATOR GUSTAFSON ALL HAD ACTUAL KNOWLEDGE OF THE DENTAL CARE "DENTURES" LAWSUIT, AND FAILED TO ACT IN THE FACE OF KNOWN VIOLATIONS OF ITS WRITTEN POLICIES IS RELEVANT CIRCUMSTANTIAL EVIDENCE TO SHOW CMS, CORIZON, MEDICARE, AND OTHER STAFF DENTAL/MEDICAL EMPLOYEES "KNOWLEDGE AND STATE OF MIND" see Clement v. Gomez 298 F3d 898, 904 (9th 2002), see Woodward v Correctional Medical Services (CMS). All THE ABOVE GOVERNMENT OFFICIALS AT KINROSS CORR. FACILITY (KCF) UNDER LAW IS NOT SHIELDED FROM LIABILITY, WHERE THEY "COULD BE EXPECTED TO KNOW THAT THEIR CONDUCT VIOLATE STATUTORY / OR CONSTITUTIONAL RIGHTS, see FARMER v MORITSUGU, 163 F3d 610, 613 (DDC 2005), 533 US AT 200, 121 SCT 2151.

K) PRISONER BRANDON WEINBERG IS PROTECTED BY §504 of the REHABILITATION ACT of 1973, 29 USC 794(A) AND BY TITLE II of THE AMERICANS WITH DISABILITIES ACT, 42 USC 12131 et seq." (YESKEY v PENNSYLVANIA Dept of CORRECTIONS 118 F3d 168, 174-75 (3d Cir. 1997); 524 US 206 (1998) (ADA)"

4) FEDERAL LAW DIRECTS PRISONER TO USE EXPEDITED LEGAL MAIL SYSTEM IN PRISONS THAT PROVIDE SUCH PROCEDURE, AS VALID PROOF OF SERVICE. MICHIGAN PENAL SYSTEM HAS SUCH PROCESS - SEE MDOC POLICY DIRECTIVES PD 05.03.118 AND PD 05.03.116. FORM CSJ 318 OP 05.03.118/OP 05.03.116. THIS DOCUMENTARY REQUEST WAS MAILED BY EXPEDITED LEGAL MAIL.

FOOTNOTE: PRISONER WEINBERG HAS BEEN SUFFERING PAIN FROM DENIED DENTAL CARE FOR OVER EIGHT WEEKS, FEDERAL LAW CLEARLY ESTABLISHED THREE TO SIX WEEKS VIOLATES THE 8TH AMEND. US CONST. "A DELIBERATE INDIFFERENCE CONCERN"

(PROOF OF SERVICE)

---

STATE OF MICHIGAN ) SS
County of KINCHELOE )

## AFFIDAVIT

I BRANDON WEINBERG BEING FIRST DULY SWORN AND UNDER THE PENALTY OF PERJURY. HEREBY STATE THAT THE FACTS IN MY DOCUMENTARY REQUEST TO BE INCLUDED IN THE ABOVE CERTIFIED "DENTAL CLASS ACTION LAWSUIT" CASE # 14-11691 LJM-MKM BOWNES VS WASHINGTON ET AL IS TRUE TO THE BEST OF MY KNOWLEGE AND BELIEF.

Respectfully Submitted

DATE 1-22-2020

/S/ Brandon Weinberg
BRANDON WEINBERG IN PRO SE
(AFFIANT)
4533 W. INDUSTRIAL PARK DR.
KINCHELOE, MICHIGAN 49788

*(EXHIBIT #A)* *G2-51*

## MICHIGAN DEPARTMENT OF CORRECTIONS



### Kite Response

**ORIGINAL COPY**

---

**Patient Name** BRANDON WEINBERG  520124  **G2-51**  **Age** 36 Years
**Date Received** 11/12/2019
**Time Received**
**Taken By** Audrey Kirby, RDH
**Date Initiated** 11/10/2019

---

### Action & Resolution

| Date | Time | User | Detail |
|---|---|---|---|
| 11/12/2019 | 9:41 AM | Audrey Kirby, RDH | Schedule Dental Exam approx 11/12/2019 with Dentist by Audrey Kirby, RDH. . Reason: urgent. Details: missing teeth makes gums hurt and swell. This makes me unable to eat anything for a couple of days, which gives me bad headaches. Wondering about full and partial dentures so I can eat again.. Comments: Patient is not eligible for routine dental services per MDOC PD 04.06.150, does not meet the two year eligibility requirement. Pt can kite for routine care after 7/3/21. However you will be scheduled for an evaluation for the swelling; watch your call out.. |

**Other**
Reason: urgent.

Details: missing teeth makes gums hurt and swell. This makes me unable to eat anything for a couple of days, which gives me bad headaches. Wondering about full and partial dentures so I can eat again..

Comment: Patient is not eligible for routine dental services per MDOC PD 04.06.150, does not meet the two year eligibility requirement. Pt can kite for routine care after 7/3/21. However you will be scheduled for an evaluation for the swelling; watch your call out..

WEINBERG, BRANDON
520124
04/08/1983

1/1

NOTE: DENTAL PATIENT BRANDON WEINBERG IS DENIED ACCESS TO ANY TYPE OF DENTAL CARE IN KCF HEALTH SERVICES OR ANY OTHER MDOC DENTAL PROVIDER UNTIL AFTER JULY 3, 2021.

ALL DENTAL CARE UNDER PRISON POLICY MDOC PD 04.06.150 HAS BEEN PERMANENTLY DENIED UNTIL AFTER JULY 3, 2021.

THIS POSES A IMMINENT DANGER TO PATIENT WEINBERG'S FUTURE HEALTH INS DENTAL CARE UNDER THE 5TH, 8TH, AND 14TH AMEND. U.S. CONST.

WEINBERG IS FORCED TO MISS MEALS, WITH HEALTHY FOOD CHOICES.

NO TREATMENT OR EVALUATION FOR THE SWELLING; NOR A CALLOUT PROVIDED AS SCHEDULED BY KCF MED. STAFF.

PATIENT - BRANDON WEINBERG (EXHIBIT #B)

DENTAL CLASS XCTION LAWSUIT



Internal parts of tooth anatomy (labels): ENAMEL, DENTIN, TOOTH, GUMS, ALVEOLAR BONE, GINGIVA, PULP CHAMBER, ROOT (PULP) CANAL, APICAL FORAMEN, CEMENTUM, CROWN

BRANDON'S MISSING TEETH

CENTRAL INCISORS (1 TOOTH MISSING)
LATERAL INCISORS (2 TEETH MISSING)
1ST MOLAR (4 TEETH MISSING)
2ND MOLAR (5 TEETH MISSING)
CANINES (3 TEETH MISSING)
SECOND MOLAR (1 TEETH MISSING)
TEETH INTACT ☆ WISDOM TEETH
  MANDIBULAR MOLARS
  HAS SILVER AMALGAM FILLING

TOTAL SEVEN TEETH INTACT MOUTH IS 97% ALL GUMS AND SORE, <u>SWOLLEN</u>, CONTINUOUS PAIN, CAN NOT CHEW SOLIDS FOODS, HURT TO CHEW,

FOOTNOTE: DENTAL STAFF FULLY AWARE OF MR. WEINBERGS URGENT NEED OF DENTURES AND PAIN MEDS

NO SCHEDULED EVALUATION FOR THE SWELLING WAS EVER PROVIDED BY MDOC DENTAL SERVICES



To: United States District Court
Eastern District of Michigan
Southern Division

Honorable Judge Laurie J. Michelson (P47219) Rm 744
Clerk Court Adnmcet, David J. Weaver Rm 505
Case No: 14-1691-LJM-MKM
Theodore Levin United States Courthouse
231 W. Lafayette Blvd
Detroit, Michigan
48226

Dental Class Action Lawsuit

RECEIVED
JAN 28 2020
LAURIE J. MICHELSON
U.S. DISTRICT JUDGE

MSU CIVIL RIGHTS CLINIC
610 ABBOT RD
EAST LANSING, MICHIGAN
48823

MDOC PD 05,03,116
US DISTCT JURISDICTION

FEDERAL RULE OF
CIVIL PROCEDURE
42 USC 1997A-K
FRCP 23(C)(2)(A)
28 USC 1331
MDOC PD 05,03,118 ETAL

BRANDON WEINBERG #520124....)
)SS
COUNTY OF KINCHELOE ........)

COURT CLERK ADMINISTRATOR DAVID J. WEAVER
HONORABLE JUDGE LAURIE J. MICHELSON (P47214) (RM 505)
MELVIN BOWNES ET.AL -VS- HEIDI WASHINGTON
CASE NO: 14-11691-LJM-MKM (RM 744)
UNITED STATES DISTRICT COURT (DENTAL LAWSUIT)
THEODORE LEVIN UNITED STATES COURTHOUSE