UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELVIN BOWNES, et al,
        Plaintiff,

v

Heidi Washington, et al
        Defendant(s)
_____/

Case No 14 11691-LJM-MKM
Hon Laurie J Michelson



## AFFIDAVIT PETITION TO BE DROP AS PARTY OF ABOVE CASE!

I, Petitioner **Alvin D. Frazier**, Prisoner #379628 swear under penalty of perjury and (28 USC § 1746) that the following is true to the best of my knowledge and belief of my analysis done of laws as stated below:

1  That for me constantly writing Daniel E Manville a professor of Law at MSU Law College P O Box 1570, East Lansing Michigan 48824 And my not getting any responses or any reply to let me know my mail was sent I want to be taken off this above listed case number listed above

2  That since my signing up for to be a party of this Civil Action thats a class action I have found out numerous things In respect the most important reason why prisoners are having such problems with their Dental issues, and myself also To be frank its more than meet the eyes of any free citizens looking from outside views rather than within Michigan prisons, and what the prison many different entities are giving there wards of the State of Michigan to cause these problems To be frank again its not just not getting dental care but what is causing people to need dental care is created by the (MDOC) and has been causing deaths that head officials known about for some time But their still allowing things to be done to prisoners

3  In conclusion for reasons I mentioned above I'm asking Courts & Mr Manville to be taken off this Class Action as a party due to my ignored letters from representation of/by Daniel E Maville not working with me

NOTARY: /S/ _____  Petitioner: /S/ _____

Subscribed and sworn to before me a Notary Public

on this 17th of January 2020

Executed:

MICHELLE PARSONS
NOTARY PUBLIC, STATE OF MI
COUNTY OF INGHAM
MY COMMISSION EXPIRES Mar 12, 2025
ACTING IN COUNTY OF Jackson

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Alvin D Frazier, #379628        Case No  14-11691-LJM-MKM

    Plaintiff-Petitioner,

v

Heidi Washington, et al.

    Defendant(s)
_____/

## PROOF OF SERVICE

I, Petitioner-Plaintiff's <u>Alvin D. Frazier</u>, in pro-per states under penalty of perjury and (28 USC § 1746) that on January 17, 2020 I mailed by first class mail one original to Courts, and one of the same to Attorney Daniel E Manville of the following:

1  AFFIDAVIT PETITION TO BE DROP AS PARTY OF DENTAL CASE
2. One Proof of Service


To:  Clerk of the Court                     From: Petitioner Alvin D Frazier
      For The Eastern District Court         G  Robert Cotton Correctional Facility
      Lafayette Blv  5th Floor              3510 N. Elm Road
      Detroit, Michigan 48226               Jackson, Michigan 49201

NOTARY: /S/ _____          Petitioner /S/ _____
                                                In pro-per

Subscribed and sworn to before me a Notary public,
on this 17th of January 2020

Executed:

                          MICHELLE PARSONS
                     NOTARY PUBLIC, STATE OF MI
                        COUNTY OF INGHAM
                  MY COMMISSION EXPIRES Mar 12, 2025
                  ACTING IN COUNTY OF Jackson

Prisoner Name: Alvin D. Frazier
Prisoner Number: 379628
G. ROBERT COTTON CORRECTIONAL FACILITY
3510 N. Elm St.
Jackson, MI 49201-8877

U.S. MARSHAL'S

RECEIVED
FEB 10 2020
CLERK'S OFFICE
U.S. DISTRICT COURT

Clerk of the Court
United States District Court
Theodore Levin U.S. Courthouse
231 West Lafayette Blvd., 5th Floor
Detroit, Michigan
Zip: 48226

2/7/2020

U.S. POSTAGE >> PITNEY BOWES
ZIP 49201
02 4W
0000344127 FEB. 07, 2020
$ 000.50°