UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Melvin Bownes #172328, *et al.*,

    Plaintiffs,

v

HEIDI WASHINGTON, Director,
Michigan Department of Corrections
& JONG CHOI, DDS, Dental
Director,

    Defendants.

NO. 2:14-cv-11691

HON. LAURIE J. MICHELSON

MAG. MONA K. MAJZOUB

_____/

**STIPULATED ORDER TO STAY REMAINING CASE MANAGEMENT ORDER DATES PENDING COMPLETION OF DEPOSITIONS**

The parties, through counsel, had a discussion on Monday June 29, 2020, regarding how to proceed with depositions. The parties agree that, ideally, the depositions would be completed in-person. However, the parties agree that, due to COVID-19, that is not practicable at this time. As such, the parties propose the following plan to go forward with depositions:

- The parties agree that, due to delays in the case management order caused by COVID-19 restrictions, the dates of the current CMO are no longer valid and will have to be corrected once depositions have been completed;
- The parties agree to schedule video depositions of the class representatives for the end of July 2020;

1

- The parties have agreed that Plaintiffs will identify deponents that will likely not have many exhibits to depose via video the end of July 2020;
- The parties will reassess the possibility of completing in-person depositions in August for those deponents identified by Plaintiffs as involving numerous exhibits; and
- The parties intend to have all depositions completed by the end of August 2020 but understand that this agreement may need to be altered due to the unprecedented conditions COVID-19 presents.

In light of the parties' agreements, above, the parties ask this Court to stay the remaining case management order dates pending the completion of depositions.

IT IS SO ORDERED.

Dated: July 8, 2020

                                          s/Laurie J. Michelson
                                          LAURIE J. MICHELSON
                                          UNITED STATES DISTRICT JUDGE

Approved by counsel:

| */s/Daniel E. Manville* | */s/ Sara E. Trudgeon* |
|---|---|
| Daniel E. Manville (P39731) | Sara E. Trudgeon (P82155) |
| Director, Civil Rights Clinic | Michigan Dep't of Attorney General |
| Counsel for Plaintiffs | Assistant Attorney General |
| Dated: July 1, 2020 | Counsel for Defendants |
| | Dated: July 1, 2020 |