**Page 78**

1   inmate that you wanted a prophy and a -- well, strike
2   that.
3           Are you familiar with the policy
4   directives that stated at one time scaling/root
5   planing, where now it currently just says scaling and
6   root planing, is no longer on the policy. Are you
7   familiar with that?
8           MR. DEAN: Object to form, but go ahead.
9           THE WITNESS: No. I don't remember or
10  don't recall. No.
11  BY MS. GITTLEMAN:
12  Q.  Okay. Do we agree that the process of scaling and the
13      process of root planing are two separate processes --
14      processes?
15  A.  Yeah.
16  Q.  Can you now, and within the last five years, prescribe
17      to an inmate as part of your treatment plan a root
18      planing and scaling?
19  A.  Well, I guess debridement would be the term we use. To
20      debris, you know, all the calculus, the plaque.
21  Q.  Okay. So --
22  A.  That's what it is basically, yeah. Debridement.
23  Q.  Okay. Debridement. So we're clear, you're familiar
24      with the American Dental Association coding, as well as
25      coding procedures in the MDOC. Correct? That there

**Page 79**

1   are codes specifically used?
2           MR. DEAN: Object to form, but go ahead.
3           THE WITNESS: You mean on the computer
4   for the treatment?
5   BY MS. GITTLEMAN:
6   Q.  Yes.
7   A.  Yes.
8   Q.  Okay. And a prophylaxis has a specific code, versus a
9       debridement has a different code. Right?
10  A.  Right.
11  Q.  Okay. And we agree that a prophylaxis is a separate
12      and distinct procedure from a debridement. Correct?
13  A.  Correct.
14  Q.  And we agree that a debridement is a separate and
15      distinct procedure from root planing and scaling.
16      Correct?
17  A.  Yes.
18  Q.  And do we agree that a prophylaxis, or prophy -- a
19      prophylaxis is also a term for prophy for short.
20      Correct?
21  A.  Yes. It's a prophy. Yeah.
22  Q.  And we agree that a prophy is the removal plaque,
23      calculus and stains from the tooth structures in the
24      permanent and transitional dentition. Correct?
25  A.  Yes.

**Page 80**

1   Q.  And do we agree then that a debridement is the gross
2       removal of plaque and calculus that interfere with the
3       ability of the dentist to perform a complete oral
4       evaluation?
5   A.  Yes.
6   Q.  Do we agree that a debridement procedure does not
7       accomplish the same treatment as a root planing and
8       scaling?
9   A.  Yes.
10  Q.  And the reason is because a -- well, strike that.
11          We agree that a root planing and scaling
12      is a procedure involving instrumentation of the crown
13      and root surfaces of the teeth to remove plaque and
14      calculus from these surfaces. Right?
15  A.  Yes.
16  Q.  And that root planing would talk about actually removal
17      of bacteria, hardened calculus, necrotic tissue and
18      smoothing out the root. Yes?
19  A.  Yes. Smoothing the root surface.
20  Q.  And that -- that process to the roots will remove
21      bacteria so that bacteria is no longer eating away at
22      the tissue?
23  A.  Yeah.
24  Q.  But a debridement does not involve root planing.
25      Correct?

**Page 81**

1   A.  Correct.
2   Q.  So my question then is, you indicated that you would
3       prescribe a debridement to a patient earlier. Correct?
4   A.  Would I? Yeah, I would.
5   Q.  Okay. And do you prescribe a debridement for treatment
6       of periodontal disease?
7   A.  No. It's to remove the gross calculus.
8   Q.  Okay.
9   A.  Or tartar. Whatever you prefer.
10  Q.  So do you prescribe as a treatment plan, root planing
11      and scaling on an inmate patient?
12  A.  Do I prescribe it?
13  Q.  I mean either you do or you don't.
14  A.  No. I mean I do the prophy, you know, to remove the
15      main part and get the best you can is how I do it.
16      Yeah. So it's a little limited.
17  Q.  Well, are you limited because of the way you treat the
18      patient or are you limited because of the MDOC policies
19      and procedures?
20  A.  Per the policy and procedure.
21  Q.  Okay.
22  A.  Right. I mean --
23  Q.  I mean because you are the dentist?
24  A.  I'm limited in everything I do. I'm limited to what I
25      can and can't do, basically. Yeah.

**Page 102**

1  THE WITNESS: I would say, yes, but I do
2  the best I can and estimate it.
3  BY MS. GITTLEMAN:
4  Q. At this point I'm just interested in the standard of
5  care. Not your limitations.
6  A. Okay.
7  Q. And what are -- well, I guess I'll ask that question,
8  then. As far as being in the MDOC, you're limited in
9  your ability pursuant to the standard of care to
10  diagnose periodontal disease. Correct?
11 A. Correct.
12 Q. And tell me why you are limited.
13 A. I base mine on like the, you know, the bitewings or the
14  x-rays taken. I have no probing depths or, you know,
15  no full-mouth prober -- or periodontal charting, I'm
16  sorry, with the attachment levels and all that. No.
17 Q. Does the MDOC even provide a periodontal charting
18  document that you can use?
19 A. I don't know if there's one on the electronic record or
20  not, no. I'm not aware of it. If that's what you
21  mean? No.
22 Q. Yeah, it is. And then even in the hard charts, from
23  the documents I have reviewed, I've seen a dental
24  history and I've seen charting of the cavities and what
25  teeth are missing. That type of thing.

**Page 103**

1  A. Right.
2  Q. But there's no periodontal chart per se hard written
3  that you can actually use to chart pocketing.
4  A. No.
5  Q. I am correct? Yes?
6  A. As far as I know, yes.
7  Q. Okay.
8  A. Yeah.
9  Q. And is it true, then, that because of the MDOC policies
10  and procedures of no probing, that your periodontal
11  diagnosis may under diagnose the severity of the
12  disease process in a patient?
13      MR. DEAN: I'm going to object to form
14  and foundation, but go ahead.
15      THE WITNESS: Could it? Possibly.
16 BY MS. GITTLEMAN:
17 Q. Do we agree that in order to diagnose the progression
18  of periodontal disease, you need to make a comparison
19  of probing depths on one date to a subsequent probing
20  depth results. Correct?
21 A. Yes.
22 Q. And that --
23 A. Along with x-rays.
24 Q. Along with x-rays. Well, the standard of care is the
25  dentist uses x-ray, whether it be a full-mouth set or

**Page 104**

1  bitewing and periapical, along with probing and
2  charting those measurements, to diagnose periodontal
3  disease. Correct?
4  A. Yes.
5  Q. Okay. But --
6  A. And mobility of the teeth, too.
7  Q. And what else?
8  A. And mobility of the teeth.
9  Q. Okay. You agree that when a tooth is mobile, that's
10  advanced periodontal disease. Right?
11 A. No. It doesn't have to be advanced if it's like a
12  class one, it would be a moderate. You know, moderate,
13  not mild, but more of a moderate. If it were a three,
14  then I would say you're in the advanced stages. Right.
15 Q. Okay. So you can have mobile teeth in moderate
16  periodontal disease as well?
17 A. Correct.
18 Q. It's true that to diagnose the progression, the
19  dentist, pursuant to the standard of care, needs a
20  baseline which would be through the bite -- the x-rays
21  and periodontal probing. Correct?
22 A. Yeah. Yes.
23 Q. Can a dentist using the standard of care properly
24  diagnose the stage of periodontal disease of a patient
25  if they only have their eyesight visually and a

**Page 105**

1  panorex?
2  A. Properly diagnose? No. You could give a good estimate
3  of it. It wouldn't be the exact diagnosis, but you
4  could give a, you know what I mean, to the best of your
5  ability looking at that.
6  Q. Okay. Does the standard of care permit -- well, strike
7  that.
8      Does the standard of care bless a
9  dentist only having visual and a panorex to diagnose
10  periodontal disease?
11 A. No.
12      MR. DEAN: I'm going to object to form
13  and foundation, but go ahead.
14      THE WITNESS: No.
15 BY MS. GITTLEMAN:
16 Q. It's true that if a -- well, strike that.
17      You had said earlier that you can do
18  your best as a dentist to estimate the periodontal
19  disease, whether it's gingivitis, early, moderate or
20  advanced, you can do the best to estimate with just a
21  panorex and visual. Correct?
22 A. Yeah. To the best of your ability, right. Right.
23 Q. But it's true that if those are the only treatments --
24  strike that.
25      It's true if those are the only tools

### Page 106

```
1   used to diagnose the periodontal disease, being visual
2   and panorex, then the disease, periodontal disease,
3   would -- certainly could be under diagnosed or more
4   serious than what is actually -- what the patient is
5   actually suffering?
6           MR. DEAN: Objection to form and
7   foundation, but go ahead.
8           THE WITNESS: Yes.
9   BY MS. GITTLEMAN:
10  Q. And without the adequate information for the dentist to
11     use to diagnose periodontal disease, being probing and
12     the proper x-rays, the disease, periodontal disease,
13     could be more serious than the diagnosis by the
14     dentist. Correct?
15  A. Could you -- I'm sorry. Could you -- she repeat that
16     again?
17          MS. GITTLEMAN: Sure.
18          COURT REPORTER: Question: And without
19     the adequate information for the dentist to use to
20     diagnose periodontal disease --
21          MS. GITTLEMAN: I can do it again.
22          COURT REPORTER: Okay.
23  BY MS. GITTLEMAN:
24  Q. Where the dentist only has the visual and a panorex to
25     diagnose periodontal disease, that information gathered
```

### Page 107

```
1   from a visual and a pano, is inadequate information to
2   diagnose the stage of periodontal disease. Correct?
3   A. Yeah.
4   Q. And because of this inadequate information, being
5      visual and a pano, the disease, the periodontal
6      disease, could be worse or more serious than what is
7      diagnosed because the dentist doesn't have the proper
8      information to make that diagnosis. Correct?
9   A. Yes.
10  Q. So a person diagnosed with early periodontal disease,
11     based on a visual and pano, might really have moderate
12     periodontal disease because inadequate information was
13     used to make that diagnosis?
14  A. Possible, yes.
15  Q. Okay. And if you have a patient who has early --
16     strike that.
17             If you have a patient improperly
18     diagnosed with early periodontal disease, that can
19     worsen over time to become moderate or advanced without
20     treatment. Correct?
21  A. Over time, yes, it could.
22  Q. Okay. And if you have a patient -- if you have a
23     patient with early periodontal disease who has no
24     treatment for the periodontal disease for two years,
25     that periodontal disease can worsen over time as well.
```

### Page 108

```
1      Correct?
2   A. It could, yes.
3   Q. And that worsening, meaning the loss of periodontal
4      attachment and bone loss, will not regrow. Correct?
5   A. Correct.
6   Q. It's a permanent life-long condition worsening.
7      Correct?
8   A. Yes. It's not coming back.
9   Q. What keeps a tooth in place?
10  A. You mean the bone? The periodontal ligament and the
11     attachment? Is that what you mean?
12  Q. Yes. I mean it's basic, but I have to ask the
13     question.
14  A. Oh. Okay. Yeah. Okay.
15  Q. So what keeps the tooth in place?
16  A. So if you don't have the bone level or the attachment
17     level, then you have mobility. Then you could end
18     up -- sometimes a tooth will fall out if it's advanced
19     on its own or you have to take it out because you're
20     more susceptible to gum disease. You know, it's like
21     perio -- what's called -- some people call it here,
22     pyorrhea or gum boil. An abscess.
23  Q. Well, it's funny you mention the word pyorrhea, because
24     I thought pyorrhea was from like 1910 and my grandma
25     had pyorrhea and she lost all her teeth. So I don't
```

### Page 109

```
1      know .
2   A. Yes. It's been around forever. That's what they
3      called it. Yeah. Yeah.
4   Q. Okay. But we call today, in today's standard of care,
5      in modern dentistry, it's periodontal disease.
6      Correct?
7   A. Correct. Correct.
8   Q. And periodontal disease is treatable and preventable.
9      Correct? With the proper treatment?
10  A. Yeah. Yeah. Right. Well, yeah, you need the help of
11     the patient, too. Like don't smoke. Oral hygiene is
12     good. Flossing, brushing. Yes.
13  Q. But even -- does smoking make you at more increased
14     risk of suffering periodontal disease?
15  A. Yes. From what they put out, yes.
16  Q. But even a smoker, who is at a higher risk, if
17     receiving the proper treatment for periodontal disease,
18     can be maintained. Correct?
19  A. Possibly. But I would advise them to stop smoking, is
20     what I would do.
21  Q. But is the standard of care of private practice -- the
22     standard of care in private practice, with a smoker or
23     a nonsmoker, no matter who it is, would require the
24     dentist to either properly treat timely the periodontal
25     disease or refer it. Correct?
```

**Page 118**

1  x-rays, exposes the inmate to a substantial risk of
2  serious harm because periodontal disease either goes
3  under diagnosed, undiagnosed or the treatment -- that
4  would be my question.  Should I repeat it?  Did you
5  understand my question?
6  A. No.  Could you rephrase it or --
7  Q. Let me rephrase it.  It's true that the failure to use
8  periodontal probing and intraoral x-rays exposes an
9  inmate patient to a substantial risk of serious harm
10 because of the lack of inadequate information to
11 diagnose the periodontal disease?
12           MR. DEAN:  Objection to form and
13 foundation, but go ahead.
14           THE WITNESS:  Yes, it could.
15 BY MS. GITTLEMAN:
16 Q. Have you ever heard the term stable or unstable
17 periodontitis?
18 A. I couldn't -- I couldn't hear you.  I'm sorry.  You
19 faded out.
20 Q. Have you -- does standard of care have terminology
21 defining stable versus unstable periodontitis?
22 A. Yeah.  You could have a stable case, like where it's
23 maintained and, you know, they are stabilized in that
24 sense.  Yes.
25 Q. Okay.  And I'm going to ask you if I'm correct or not,

**Page 119**

1  but within the standard of care, stable -- in private
2  practice, stable -- a patient who suffers from
3  periodontal disease can be stabilized with the proper
4  treatment and recall and followup by the dentist.
5  Correct?
6  A. Yes.  Yes.
7  Q. If you only have a visual with your eyesight and a
8  pano, panorex, can you determine if periodontitis is
9  stable?  That's all you have.
10 A. I would have to say no.
11           MR. DEAN:  We're at another --
12           THE WITNESS:  Can we take a break?  A
13 bathroom break?
14           MS. GITTLEMAN:  Sure.  Sure.  Whenever
15 you need a break, let me know.  I'm happy to do it.
16           THE WITNESS:  Yeah.  About five minutes.
17 Is that good?
18           MS. GITTLEMAN:  Sure.
19           MR. DEAN:  I'm going to take a little
20 break myself.
21           (Recess taken at 1:10 p.m., resumed the
22 deposition at 1:15 p.m.)
23 BY MS. GITTLEMAN:
24 Q. Doctor, are you -- are you familiar with a memorandum
25 put out by Dr. Choi in 2018 regarding periodontal

**Page 120**

1  disease and referencing a Dr. Jeff Johnson, DDS?
2  A. Jeff Johnson?  No.  No, I don't recall.
3  Q. Okay.  Do you know Dr. Mark Cook?
4  A. I know of him.  Yes.
5  Q. He's a dental -- he's a general dentist within the
6  MDOC.  Correct?
7  A. Correct.  Yes.
8  Q. And how about a Dr. Carla Maxwell.  Is she with the
9  MDOC, too?
10 A. I know the name, but I don't know who she is.
11 Q. Okay.  How does one get on the Dental Advisory Board?
12 How does that happen?  If you know?
13 A. I don't.
14 Q. And I only ask because you said you were on there at
15 one point in time.  How did you get on there?
16 A. Rebecca Goodman asked if I could take Dr. Ruprecht's
17 place.
18 Q. Okay.
19 A. But it was Dr. Taylor at the time.  He was a dental
20 director.  So that's how I ended up, but I think I only
21 went to one or two meetings.
22 Q. Okay.
23 A. Two.
24 Q. Does someone like yourself, a general dentist within
25 the MDOC, attend any Dental Advisory Board meetings?

**Page 121**

1  A. Besides the members?  Is that what you're asking?
2  Q. I mean I'm asking if someone like yourself?
3  A. No.  No.
4  Q. And you don't know who Dr. Jeff Johnson is.  Right?
5  A. No.  I don't -- I've never heard of him as a dentist,
6  no.
7  Q. Okay.  Do you agree that a general dentist is unable to
8  determine the progression rates of periodontal disease
9  without proper x-rays and probing and charting?
10 A. Without?  Is that -- I'm sorry.  Without?
11 Q. Yes.
12 A. I think you need all the necessary tools to diagnose.
13 Q. Okay.  So then you do agree that a dentist cannot and
14 is unable to determine the progression of periodontal
15 disease without proper x-rays and probing, charting and
16 then of course preparing it.  Right?
17           MR. DEAN:  Objection.  Form and
18 foundation, but go ahead.
19           THE WITNESS:  Yes.  In my opinion, yes.
20 BY MS. GITTLEMAN:
21 Q. Okay.  Are you of the opinion that periodontal disease
22 is a slowly developing immune response condition?
23 A. I think it could -- it could be a multitude of
24 different things.  Yes.  It could be fast.  It could be
25 slow.  I mean it could be, you know, different forms in

31 (Pages 118 to 121)

**Page 122**

1  dentist one millimeter, two millimeters, three
2  millimeters is far down on a tooth. Correct?
3  A. That's pretty small. To be honest with you, yeah, two
4  or three millimeters is a very small increment.
5  Q. Okay. How would you stage two millimeters? Is that
6  normal or abnormal?
7  A. Yeah, that's pretty much -- the actual normal -- and
8  it's been a while -- I do believe it's within the
9  two-millimeter range. And that's why when you were
10 asking me about toothbrushes, yeah, they can go down
11 below two milliliters -- two millimeters. I'm sorry --
12 not milliliters. Two millimeters.
13 Q. So early periodontal disease is when a pocket depth or
14 attachment loss, according to the American Dental
15 Association, is three to four millimeters.
16     Do you agree with the American Dental
17 Association's classification?
18     MR. MERTENS: Objection. Form and
19 foundation. Go ahead.
20     THE WITNESS: It sounds reasonable.
21     MS. GITTLEMAN: Okay.
22 BY MS. GITTLEMAN:
23 Q. So would there be -- strike that.
24     When you -- have you ever appointed a
25 patient in the MDOC for a perio scale?

**Page 123**

1  A. Have I ever recommended perio scale or have I ever
2  treated perio scale?
3  Q. No. No.
4  A. Yes.
5  Q. Okay. You have you said. Yes?
6  A. Yes.
7  Q. And how do you -- how do you -- how did that get into
8  the EDR during your treatment plan?
9  A. Say that again. How did it get into the --
10 Q. Yeah. How do you appoint a patient for perio scale in
11 the treatment plan?
12 A. Yeah. So, you know, sitting here right now, I can't
13 answer that. I would -- I said this before, I would
14 just write it into the -- the record.
15 Q. Okay. So can we --
16 A. There may be a box. I don't know.
17 Q. Does the box just say prophy on it?
18 A. I don't know. I really don't know. There may be a
19 box -- in this new program that we have there are a lot
20 of boxes for this and that. And my way to not worry
21 about that computer issue is to write things verbatim
22 what I want to say.
23 Q. And this new program you're referring to, is this COMS?
24 C-O-M-S?
25 A. Yes, ma'am.

**Page 124**

1  Q. Okay. Have you had the opportunity to use the COMS for
2  routine care?
3  A. Oh, yes.
4  Q. Are you doing routine care during COVID?
5  A. No. The COMS, the COMS we were utilizing before COVID.
6  Q. Oh, you were. How long before COVID?
7  A. I can't actually answer it, but it seems to me that we
8  were two or three -- I mean we're using it now, but it
9  seems to me that COVID became acute in February, March,
10 and it seems to me we were using COMS way before then.
11 Like the fall of last year.
12 Q. Okay.
13     MR. MERTENS: Ms. Gittleman, we went
14 back on at 1:05. It's 2:20. At your next available
15 moment, can we break for a hard five? I note that
16 Dr. Potts is eating on something. I don't know how
17 clear --
18     THE WITNESS: I apologize. I'm eating
19 peanuts. I'm eating almonds.
20     MS. GITTLEMAN: It doesn't bother me one
21 bit.
22 BY MS. GITTLEMAN:
23 Q. So going back then to our questioning a few minutes
24 ago, which was prophy versus perio scale, I want to
25 summarize and make sure I understand.

**Page 125**

1      The prophy was supragingival removal.
2  The perio scale is supragingival removal, and maybe
3  down two millimeters subgingival. That's it. Correct?
4  A. That is not quite -- I don't think anybody else would
5  use those terms, but that's basically the idea. All
6  I'm saying is that if you scale -- if you're doing a
7  prophy on someone and you see hard objects, you remove
8  it. If you see it, and you can reasonably reach it
9  right below the gingival surface, yes, you remove it
10 for the patient.
11 Q. Would you consider a perio scale equal to root planing
12 and scaling?
13 A. A perio? Oh, my goodness. Wow. It looks like we're
14 word -- we're word splitting today. Root planing and
15 scaling is different than a perio scale, but I don't
16 split hairs that fine.
17 Q. Well, let me ask it this way. If you're treating a
18 patient in the MDOC as a general dentist and you see
19 the terms prophy scale completed, do you know if he had
20 a root planing and scaling or he had a perio scale,
21 which is a different procedure?
22 A. If they said -- if the term was prophy scale completed,
23 I take it verbatim that a prophy and a scaling was
24 completed. If it said prophy scale, root planing, I
25 take it at face value.