UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELVIN BOWNES, et al.,

    Plaintiffs,

vs.

    Case No. 14-11691
    Hon. Laurie J. Michelson

HEIDI WASHINGTON, et al.,

    Defendants.

_____/

# STIPULATION AND ORDER
# MODIFYING CASE MANAGEMENT ORDER

The parties have stipulated that the Case Management Order will be modified in the following areas:

Depositions of fact witnesses will be completed, and the parties will disclose their experts, on January 8, 2021.

Expert reports will be exchanged by the parties by March 1, 2021.

Expert discovery is to be completed by April 30, 2021.

An evidentiary hearing on whether Plaintiff Bownes exhausted the claim(s) of the classes he represents will take place May 28, 2021.

Dispositive motions must be filed by June 30, 2021.

Challenges to experts must be filed by July 15, 2021.

Pretrial and trial dates are to be determined by the Court at a later date.

SO ORDERED.

Dated: December 21, 2020

                                          s/Laurie J. Michelson
                                          LAURIE J. MICHELSON
                                          UNITED STATES DISTRICT JUDGE

Approved by counsel:

| s/ Daniel E. Manville | s/ Sara Trudgeon signed w/permission |
|---|---|
| Daniel E. Manville (P39731) | Sara E. Trudgeon (P82155) |
| Counsel for Plaintiffs | Counsel for Defendants |