UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELVIN BOWNES, *et al.*,

    Plaintiffs,

v.

HEIDI WASHINGTON, and
JONG CHOI,

    Defendants.

Case No. 14-11691
Honorable Laurie J. Michelson

## ORDER APPROVING FINAL SETTLEMENT AGREEMENT

This matter is before the Court for final approval of the parties' Settlement Agreement. (ECF No. 390, PageID.15579—15580.) The Court has reviewed the parties' briefing (ECF Nos. 411, 412) and conducted a final fairness hearing on February 23, 2024.

For the reasons stated more fully on the record in the Court's oral ruling, the Court finds that, pursuant to Federal Rule of Civil Procedure 23(e)(2), the Settlement is fair, reasonable, and adequate.

IT IS THEREFORE ORDERED that the proposed Settlement Agreement is APPROVED.

The parties shall submit a stipulated order of dismissal by March 29, 2024.

SO ORDERED.

Dated: February 23, 2024

                                                s/Laurie J. Michelson
                                                LAURIE J. MICHELSON
                                                UNITED STATES DISTRICT JUDGE