UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELVIN BOWNES #172328, *et al.*,

    Plaintiffs,

v

HEIDI WASHINGTON Director Michigan Department of Corrections, and JONG CHOI Dental Regional Director, in their official capacities,

    Defendants.

NO. 2:14-cv-11691

HON. LAURIE J. MICHELSON

---

Daniel E. Manville (P39731)
805 W. Middle St., Apt. 406
Chelsea, MI 48118
248-890-4720

Tracie Gittleman (P45176)
Robert Gittleman (P14025)
31731 Northwestern Hwy, Ste 101E
Farmington Hills, MI 48334

*Counsel for Plaintiffs*

Michael R. Dean (P71333)
Sara E. Trudgeon (P82155)
Kristin M. Southerland (P64353)
Assistant Attorneys General
Attorneys for Defendants Heidi Washington & Jong Choi, DDS
Corrections Division
P.O. Box 30217
Lansing, MI 48909
(517) 335-3055

/

## STIPULATED ORDER TO DISMISS WITH PREJUDICE

The parties, by and through counsel, stipulate to dismiss the above-captioned action, with prejudice and without attorneys' fees or costs assessed to either party, subject to the terms set forth in the settlement agreement.

**IT IS ORDERED.**

Dated: February 29, 2024

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

Stipulated to by:

| | |
|---|---|
| */s/ Kristin M. Southerland* | */s/ Daniel E. Manville* |
| Kristin M. Southerland (P64353) | *(w/permission)* |
| Attorney for Defendants | Daniel E. Manville (P39731) |
| Assistant Attorney General | *Counsel for Plaintiffs* |
| Corrections Division | Dated: February 29, 2024 |
| Dated: February 29, 2024 | |
| | */s/ Tracie Gittleman* |
| | *(w/permission)* |
| | Tracie Gittleman (P45176) |
| | *Counsel for Plaintiffs* |
| | Dated: February 29, 2024 |