UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOEY DEARDUFF, et al.,

    Plaintiffs,

vs.                                                    Case No. 14-11691-LJM-MKM
                                                                                          Hon. Laurie J. Michelson

HEDI WASHINGTON,

    Defendant.
_____/

# COUNSEL MANVILLE'S MOTION TO WITHDRAW AS COUNSEL
# AND
# BRIEF IN SUPPORT

Plaintiffs co-counsel Manville requests that this Court grant this motion to withdraw as counsel, for the following reasons:

1. Counsel Manville sought concurrence from Defendant's counsel, and it was granted.

2. Counsel Manville retired from the practice of law on May 31, 2023, and MSU closed the Civil Rights Clinic that same day.

3. Counsel Manville has one case that he is still counsel for, and that case is pending before the Western District of Michigan. Manville is seeking substitute counsel in that matter.

1

4. Due to this retirement, Counsel Manville is not equipped to continue litigating a case that will take significant time and resources.

5. Co-counsel Tracie Gittleman will remain as counsel of record in this case.

6. It has been an honor to litigate numerous other cases before this Court.

WHEREFORE, for the above reasons, Attorney Manville is requesting that his motion be granted.

Respectfully submitted,
/s/ *Daniel E. Manville*
Daniel Manville (P39731)
Co-Counsel for Plaintiffs
248-890-4720
805 W. Middle St., Apt. 406
Chelsea, MI. 48118
Daniel.manville@gmail.com.

## PROOF OF SERVICE

I, Daniel E. Manville certify, under penalty of perjury, that on October 18, 2024, I caused a copy of the above document to be served by the ECF system on Defendants' counsel and Plaintiff's co-counsel.

*/s/ Daniel E. Manville*
Daniel E. Manville